CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., SBN 111282
Mark Potter, Esq., SBN 166317
Phyl Grace, Esq., SBN 171771
Dennis Price, SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Ricardo Murillo,**<br><br>　　　　Plaintiff,<br><br>　v.<br><br>**SCE Federal Credit Union**; and Does 1-10,<br><br>　　　　Defendants | Case No. 2:14-cv-06302-JFW-JC<br><br>**Joint Report (Rule 26) for Scheduling Conference**<br><br>Date:　　November 10, 2014<br>Time:　　8:30 a.m.<br>Courtroom: 16<br><br><br>Honorable Judge John F. Walter |

　　　Pursuant to Rule 26 of the Federal Rules of Civil Procedure and the Minute Order Setting Status Conference filed September 16, 2014, the parties submit the following Joint Report.

　　　The parties wish to appear by telephone at any appearances as allowed by the court. Plaintiff will call from number: (858) 375-7385 and Defendant will call from number: _____.

## 1.   Jurisdiction & Venue

This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 and § 1343(a)(3) & (a)(4) for violations of the Americans with Disabilities Act of 1990, 42 U.S.C. § 12101, et seq.

This court has supplemental jurisdiction over the claims brought under the Unruh Act pursuant to 28 U.S.C. § 1367(a) as the claims arise from the same incident.

Venue is proper in this court pursuant to 28 U.S.C. § 1391(b) and is founded on the fact that the real property which is the subject of this action is located in this district and that Plaintiff's cause of action arose in this district.

Defendant SCE Federal Credit Union has been served on or about August 28, 2014. There are no outstanding issues regarding service, jurisdiction or venue.

## 2.   Principal Factual Issues

<u>Plaintiff</u>: Ricardo Murillo is substantially limited in his ability to walk. He is a quadriplegic who uses a wheelchair for mobility. Defendant SCE Federal Credit Union owns and operates the SCE Federal Credit Union ("Credit Union"), as well as owns the property, located at or about 12701 Schabarum Avenue, Irwindale, California. During September 2013, plaintiff visited the Credit Union twice, to cash his checks.

Even though there is an entrance at the front of the Credit Union for customers to use, there is no accessible path of travel leading into the Credit Union because the metal detector just inside the entrance creates a narrow path of travel that is just 32 inches in width. This is too narrow for plaintiff to use. Instead, there is a blue push button on the outside of the building that disable

customers are required to use. After a short period of time, a Credit Union employee comes out and takes wheelchair users through an emergency exit so that the disabled customer can enter the Credit Union. This is embarrassing for plaintiff. Plaintiff would like to independently use the front entrance of the Credit Union just as every other customer is allowed to do.

The defendant's failure to provide an accessible path of travel into the Credit Union is discriminatory against the plaintiff; and therefore, violates the plaintiff's rights under the American with Disabilities Act, the Unruh Civil Rights Act and the California Disabled Persons Act. He seeks injunctive relief and the statutory minimum damage award.

<u>Defendant</u>:

**3.     Disputed Points of Law**

The disputed legal issues are: (1) Whether the defendants' path of travel meets the minimum standards of the ADA; state disability laws and other codes; (2) whether the defendants are responsible under the law to remove barriers; (3) whether the barriers are readily achievable to remove; (4) whether the plaintiff has standing to seek either damages or injunctive relief; and (5) the nature and extent of damages, if any.

**4.     Motions**

<u>Plaintiff</u>: anticipates filing a motion for partial summary judgment on the issue of duty and liability under the ADA and the Unruh Civil Rights Act. This will happen after the necessary depositions are taken in this case.

<u>Defendant</u>:

**5.     Amendments to the Pleadings**

<u>Plaintiff</u>: does not anticipate adding any parties or claims or amending the complaint.

<u>Defendant</u>:


**6.     Initial Disclosures**

The Parties will exchange initial disclosures by November 3, 2014.

**7.     Discovery Plan**

1. <u>Anticipated and Outstanding Discovery</u>

<u>Plaintiff</u>: intends to propound a set of Interrogatories, Requests for Admission and Requests for Production of Documents; to take the deposition of the Defendants and to conduct an expert site inspection.

<u>Defendant</u>:


2. <u>Discovery Subjects</u>

The <u>Plaintiff</u> intends to seek discovery related to: (1) the ownership and operation of the business; (2) the inaccessible path of travel at the Credit Union; (3) changes or modifications to the property; (4) the feasibility of providing access to persons with disabilities.

The <u>Defendants</u> intend to:


The parties do not propose to conduct discovery in phases. The parties propose a discovery cut-off date of October 12, 2015.

3. <u>Changes in Limitations on Discovery</u>

<u>Plaintiff</u>: Plaintiff requests that the default rule FRCP 33(a)(1) be increased to 45 for both parties. Plaintiff otherwise requests no deviation from the Federal and Local Rules.

<u>Defendant</u>:

**8. Related Cases**

The parties are unaware of any related cases.

**9. Relief Sought**

<u>Plaintiff</u>: claims injunctive relief, attorney fees and damages under the Unruh Civil Rights Act and/or the California Disabled Persons Act which damages provide for actual damages and a statutory minimum of $4,000. No other damages are sought. Plaintiff will make an election as to which Act it will seek damages under prior to trial as it cannot recover under both simultaneously.

<u>Defendant</u>:

**10. Certification of Interested Parties**

<u>Plaintiff</u>: has filed the Certification as to Interested Parties or Persons as required by Local Rules. Those parties or persons are reproduced here:
  i.  Ricardo Murillo – Plaintiff

<u>Defendant</u>:

**11. Other Dates and Deadlines**

The parties agree on the following deadlines:

| 1] | Discovery cut-off | 10/12/2015 |
|---|---|---|
| 2] | Deadline to have motions heard | 11/9/2015 |
| 3] | Final Pre–Trial Conference date | 12/21/2015 |
| 4] | Trial Date | 1/5/2016 |

**12.   Trial**

The parties have demanded a jury trial and anticipate a 3-5 day jury trial.

**13.   Settlement**

The parties believe that settlement is likely in this case. The parties believe that L.R. 16-15.4, Settlement Procedure Number 2—settlement proceedings before an attorney selected from the Attorney Settlement Officer Panel—should be utilized in this case.

**14.   Manual for Complex Litigation**

This case is not complex. There is no need for reference to the procedures set forth in the Manual on Complex Litigation.

**15.   Dispositive Motions**

Plaintiff: anticipates filing a motion for partial summary judgment on the issue of duty and liability under the ADA and the Unruh Civil Rights Act. This will happen after the necessary depositions are taken in this case.

Defendant:

**16.   Unusual Legal Issues**

There are no unusual legal issues.

**17.   Other Issues**

The parties have no proposals concerning severance, bifurcation or other ordering of proof.

Dated: October 15, 2014                     CENTER FOR DISABILITY ACCESS

By: /s/ Phyl Grace
Phyl Grace, Esq.
Attorneys for Plaintiff

Dated: October 15, 2014                     KATTEN MUCHIN ROSENMAN LLP

By: /s/ Austin T. Beardsley
Austin T. Beardsley
Attorneys for Defendant

# EXHIBIT A

## PROPOSED SCHEDULE OF PRETRIAL & TRIAL DATES

| Matter | Weeks Before Trial | Parties Request |
|---|---|---|
| Last Day for Hearing on Motion to Add Parties and Amend Pleadings **(Monday at 10:00 a.m.)** | Scheduling Conf + 90 Days | 2/9/2015 |
| Non-Expert Discovery Cut-Off | 15 | 9/21/2015 |
| Expert Discovery Cut-Off | 12 | 10/12/2015 |
| Last Day to Conduct Settlement Proceedings | 10 | 10/26/2015 |
| Last Day for Law and Motion Hearings | 8 | 11/9/2015 |
| Final Pretrial Conference **(Monday at 1:30 p.m.)** | 2 | 12/21/2015 |
| Last Day for Filing Proposed Findings of Facts and Conclusions of Law (if court trial) | 1 | 12/28/2015 |
| Exhibit Conference **(Friday at 3:00 p.m.)** | Friday before Trial | 1/1/2016 |
| Trial **(Tuesday at 9:00 a.m.)** | | 1/5/2016 |